APR-22 '22 PM12:03

R.I. Local Form 1007-1.2
(Rev. 7/1/15)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
----------------------------------*

In re:                             :

                                   :    BK No.
Debtor(s)                          :    Chapter    13
Robert L. Oliver JR                :
----------------------------------*

## CERTIFICATION BY PRO SE DEBTOR

On 04/22/2022, a voluntary bankruptcy petition was filed by the undersigned, appearing pro se and without legal counsel. Certification is hereby made that:

CHECK EITHER ITEM 1 OR 2 ONLY. IF ITEM 2 IS SELECTED, PROVIDE NAME AND ADDRESS OF ASSISTANCE PROVIDER:

(1) ___✓___ No persons and/or entities, other than myself/us, assisted in the preparation, typing, and/or completion of said petition and/or related schedules;

(2) _____ the following persons and/or entities constitute the only persons/entities who assisted in the preparation, typing, and/or completion of said petition and all related schedules, and represent the only sums paid by me/us for these services:

NAME AND ADDRESS OF ASSISTANCE PROVIDER          TOTAL AMOUNT PAID

_____        _____

_____        

_____        

I hereby certify under penalty of perjury that the above information is true and accurate to the best of my knowledge. I am aware that the providing of false or incomplete information may result in the denial of discharge in bankruptcy and/or other sanctions.

04/22/2022
DATE

[Signature]
SIGNATURE

Phone number (401) 771-6361

**WOULD YOU LIKE TO RECEIVE COURT NOTICES SOONER BY E-MAIL INSTEAD OF REGULAR MAIL?**
See reverse side for information about this new electronic noticing service available to debtors.