*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

*In re:* Robert Leonard Oliver, Jr.    *BK No.*
*1:22−bk−10241*

*7 Day Order to File Missing Documents and/or Missing Information, and*
*Notice of Automatic Dismissal for Failure to Timely Comply With This Order*

A petition was filed in the above case on **4/22/22** .

Under local rule 1007−1, the following documents and/or information is missing and must be filed on or before 4/29/2022 , plus an additional three days if served by mail as shown on the certificate of service below.

If you do not timely file the missing documents or a motion to extend time by the deadline above, or fail to file a request for relief pursuant to local rule 1017−2(b) within 7 days of this order, your bankruptcy case will be automatically dismissed without further notice.

*Creditor List*

*Other:*

### Certificate of Service

| **Debtor** | **Debtor's Attorney** | **Chapter Trustee** |
| --- | --- | --- |
| Hand Delivered | | Email Delivery |

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Dated : 4/22/22
Document Number: 4 − 1
313a.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*