**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br>ROBERT L. OLIVER, JR.<br><br>Debtor(s) | Case No.   22-10241<br><br>Chapter 13 |

## CHAPTER 13 STANDING TRUSTEE'S
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

John Boyajian, Trustee, for the above-captioned case, submits the following accounting of the estate, through December 30, 2022, pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $2,010.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$2,010.00** |

**Disbursements & Expense of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,811.84 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $198.16 | |
| Other | $0.00 | |
| Secured Creditors | $0.00 | |
| Priority Creditors | $0.00 | |
| General Unsecured Creditors | $0.00 | |
| **Total Disbursements & Expense of Administration:** | | **$2,010.00** |

| | |
|---|---|
| **Balanced Transferred to Successor Trustee** | **$0.00** |

The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which this trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, John Boyajian, and grants such other relief as may be just and proper.

Dated: 12/30/2022                                                                                      /s/ John Boyajian
                                                                                                                  Trustee