**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re:   Case No.   22-10241
ROBERT L. OLIVER, JR.
                                                        Chapter 13
                      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S
## ACCOUNTING OF PRIOR ADMINISTRATION OF ESTATE

Charles A. Pisaturo, Jr., successor Trustee, for the above-captioned case, submits the following accounting of the administration of the estate for the period of the petition date through December 31, 2022, pursuant to 11 U.S.C. § 1302(b)(1) and Federal Rule of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,010.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,010.00

**Disbursements & Expense of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,811.84 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $198.16 |
| Other | $0.00 |
| Secured Creditors | $0.00 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |

**Total Disbursements & Expense of Administration:** $2,010.00

**Balanced Transferred to Successor Trustee** $0.00

Charles A. Pisaturo, Jr., successor Trustee, hereby certifies that the foregoing summary is accurate and files this report as the accounting for the estate in compliance with Federal Rule of Bankruptcy Procedure 2012.

Dated: 01/30/2023                                                          /s/ Charles A. Pisaturo, Jr.
                                                                                            Trustee