**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Robert Leonard Oliver, Jr. | BK No. 1:22−bk−10241 |
| Debtor(s) | Chapter 13 |

### NOTICE OF COURT HEARING

Please be advised that a hearing will be held on 3/22/23 at 10:00 AM at: U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 to consider and act upon the following:

RE: [45] Motion to Amend filed by Debtor Robert Leonard Oliver, Jr.
[46] Objection filed by Creditor JPMorgan Chase Bank, National Association

See Second Amended General Order 20−009 issued July 5, 2022 regarding in−person hearings.

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401) 626−3136 in advance of the hearing to arrange for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **3/1/23**

Entered on Docket: **3/1/23**
Document Number: **47 − 45, 46**

500.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*