### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re:  Robert Leonard Oliver, Jr. | BK No. 1:22-bk-10241 |
| Debtor(s) | Chapter 13 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 30)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. #30) filed by JPMorgan Chase Bank, N.A., the Consent Order (Doc. #41) entered on 11/8/2022 and the Affidavit of Non-Compliance (Doc. #49) filed by JPMorgan Chase Bank, N.A., to which no objection having been filed; and it appearing that proper notice was provided;

   IT IS HEREBY ORDERED:

   (1) JPMorgan Chase Bank, N.A. is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

      56 Naomi Street, Bristol, RI 02809

   (2) The 14−day stay of this order imposed under Federal Bankruptcy Rule 4001(a)(3) applies.


*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge


Date: 3/22/2023

Entered on Docket:  **3/22/2023**
Document Number: **50**

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*